UNITED STATES DISTRICT COURT                               C/M
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
                                                  :
CARL MARTIN / ASIRUS MAAT EL,                     :
                                                  :
                            Plaintiff,            :      **ORDER**
                                                  :
             - against -                          :      13 Civ. 0474 (BMC) (RML)
                                                  :
VESID,                                            :
                                                  :
                            Defendant.            :
                                                  :
---------------------------------------------------------- X

By Memorandum Decision and Order dated February 5, 2013, the Court granted

plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, but dismissed the

action, granting plaintiff twenty (20) days to file an amended complaint containing facts

sufficient to support a plausible claim of civil rights violations.  The Court's Order was returned

as undeliverable on February 28, 2013.  The Clerk of the Court updated plaintiff's address per

the returned mail and resent the Order to plaintiff on the same day.  More than 30 days have

elapsed since February 28, 2013, and plaintiff has failed to respond to the Court's Order.

Accordingly, the action is dismissed.  The Court certifies pursuant to 28 U.S.C. §

1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in*

*forma pauperis* status is denied for the purpose of an appeal.  See Coppedge v. United States,

369 U.S. 438, 82 S. Ct. 917 (1962).

**SO ORDERED.**

                                        _____
                                                        U.S.D.J.


Dated: Brooklyn, New York
       April 8, 2013